ACCEPTED
03-13-00123-CV
6435285
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 9:05:07 PM
JEFFREY D. KYLE
CLERK

## No. 03 – 13 – 00123 - CV

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 9:05:07 PM
JEFFREY D. KYLE
Clerk

FRANCIS WILLIAMS MONTENEGRO,
*Appellant,*

v.

WELLS FARGO
*Appellee.*

ON APPEAL FROM COUNTY COURT AT LAW #2
TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. C-1-CV-12-006182

**APPELLANTS' FIRST AMENDED
AGREED SECOND MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

Francis Williams Montenegro
Counsel for Francis Williams Montenegro and Lynda Williams
State Bar No. 21533500
1503A E. 13th Street
Austin, Texas 78702
Telephone: (512) 554-2812
MontenegroLaw@gmail.com

## Identity of Parties and Counsel

**Appellant:**
Francis Williams Montenegro
Lynda Williams
**Appellant's Counsel:**
Francis Williams Montenegro
State Bar No. 21533500
1503A E. 13th
Austin, Texas 78702
Telephone: (512) 554-2812
Email: Montenegrolaw@gmail.com

**Appellee:**
Wells Fargo Bank, NA
**Appellee's Counsel:**
Kirk A. Schwartz
Blake Henshaw
H. Gray Burks, IV
SHAPIRO SCHWARTZ, LLP
State Bar No. 24004908
5450 Northwest Central, Suite 307
Houston, TX 77092
Telephone:   (713) 933-1541
                      (713) 933-1532
Facsimile:  (847) 879-4854
Email: kschwartz@logs.com
bhenshaw@logs.com
gburks@logs.com

TO THE HONORABLE SEVENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 49.1, Appellants Francis Williams Montenegro and Lynda Williams, by and through their undersigned attorney of record, file this First Amended Agreed Motion for Extension of Time to File Motion for Rehearing, and for cause would show the following:

1)      On June 3 2015, this court affirmed the judgment of the trial court in this cause. A Motion for Rehearing of this court's judgment, then, was due June 18, 2015.

2)      Appellants requested an extension to file the Motion for Rehearing.  The motion was granted.  The Motion for Rehearing was due July 20, 2015

3)      Appellant's counsel has been unable to finish his Motion for Rehearing due to a lingering side effect of his medical condition which has recently resulted in vertigo when counsel's head tilts just a few degrees.

4)      Only the one previous motion for extension of time to file the motion for rehearing has been requested or granted.

5)      This motion is made not for delay but in the interest of justice.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant prays that this Court extend the deadline for filing his brief until July 27, 2015

Respectfully submitted,


/s/  Francis Williams Montenegro
Francis Williams Montenegro
Counsel for Appellants
State Bar No. 21533500
1503A E. 13th St.
Austin, Texas 78702
Telephone: (512) 554-2812


**CERTIFICATE OF CONFERENCE**

I Francis Williams Montenegro, Attorney for Appellants, hereby certify that I contacted by email the afternoon of July 20, 2015 by emailing Blake Henshaw of Shapiro Schwartz at bhenshaw@logs.com .  On July 21, 2015 I received an email from Blake Henshaw that he would agree to a one week extension (July 27, 2015).


/s/ Francis Williams Montenegro
Francis Williams Montenegro
Counsel for Appellants

## CERTIFICATE OF COMPLIANCE

I, Francis Williams Montenegro, Counsel for Appellants, certify that

the word count for this motion, as counted by Microsoft Word, is 554.

/s/  Francis Williams Montenegro
Francis Williams Montenegro


## CERTIFICATE OF SERVICE

I, Francis Williams Montenegro, Attorney for Appellants, certify that a true
and correct motion of this First Amended Agreed Motion to Extend Time to
File Appellant's Second Motion for Rehearing was on this 10th of August
2015, delivered to the counsel for Appellees, SHAPIRO SCHWARTZ, LLP,
by electronic service through CaseFileExpress, and by email at:
bhenshaw@logs.com , Attention Blake Henshaw.

/s/  Francis Williams Montenegro
Francis Williams Montenegro
Attorney for Appellants